IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARY PATTERSON, Individually, and )<br>TRAVIS PATTERSON, Individually, )<br>        Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF WICHITA, KANSAS, )<br>and OFFICER J. HENRY, )<br>        Defendants. )<br>_____) | Civil Action No. 12-CV-1308-JAR-KGG |

## NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that the Plaintiffs, Mary Patterson and Travis Patterson, will take the deposition of Defendant Officer J. Henry, Wichita Police Department, on February 15, 2013, at the City of Wichita, Department of Law, City Hall, 13th Floor, Wichita, Kansas 67202, commencing at 1:00 p.m. until 5:00 p.m., until concluded. Plaintiffs specifically reserve additional time, if needed. Said oral examination shall be recorded stenographically before a certified shorthand reporter.

Respectfully submitted,

By    s/ James A. Thompson
       James A. Thompson (#21263)
       Attorney for Plaintiffs
       Klenda Austerman LLC
       301 N. Main, Suite 1600
       Wichita, KS 67202-4816
       Phone: (316) 267-0331
       Fax: (316) 267-0333
       Email: jthompson@klendalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2013, I electronically filed the foregoing Notice to Take Deposition with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chan P. Townsley (#15590)
City of Wichita Department of Law
City Hall, 13th Floor
Wichita, Kansas 67202
Phone: (316) 268-4681
Fax: (316) 268-4335
Email: ctownsley@wichita.gov
*Attorney for Defendants Wichita and Henry*

By: /s/James A. Thompson

#2153039