## EXHIBITS TO MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| Exhibit Number | Description |
| --- | --- |
| 1 | Excerpts of Mary Patterson deposition |
| 2 | Excerpts of Audrey Martinez deposition |
| 3 | Excerpts of Travis Patterson deposition |
| 4 | Excerpts of Shannon Phares deposition |
| 5 | Martinez Exhibit 39 |
| 6 | Travis Deposition Exhibits 9, 10, 11 and 12 |
| 7 | Municipal Court Records, City of Wichita 209-215 |

{T0425063}