# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY PATTERSON, Individually, )
and TRAVIS PATTERSON, )
Individually, )
 )
        Plaintiffs, )
 )
  vs. )  Case No.
 )  12 CV 1308-JAR-KGG
CITY OF WICHITA, KANSAS, and )
OFFICER J. HENRY, )
 )
        Defendants. )
-----------------------------

D E P O S I T I O N

        The deposition of AUDREY MARTINEZ, taken on behalf of the defendants pursuant to the Federal Rules of Civil Procedure before Beverly A. Hume, a Certified Shorthand Reporter of Kansas, at 301 North Main, Suite 1600, Wichita, Sedgwick County, Kansas, on the 4th day of October, 2013, at 9:15 a.m.

A P P E A R A N C E S

        The plaintiffs appeared by their attorney, Mr. James A. Thompson of Klenda Austerman LLC, 301 North Main, Suite 1600, Wichita, Kansas 67202.  Mary Patterson appeared in person.

        The defendants appeared by their

DEPOSITION SERVICES LLC
155 North Market, Suite 810
Wichita, KS  (316) 264-7876

Page 2

1  attorney, Mr. J. Steven Pigg of Fisher, Patterson,
2  Sayler & Smith, L.L.P, 3550 S.W. 5th Street, P. O.
3  Box 949, Topeka, Kansas 66601-0949.

Page 3

```
                    INDEX

AUDREY MARTINEZ
    Direct Examination by Mr. Pigg            4
    Cross Examination by Mr. Thompson        99
    Redirect Examination by Mr. Pigg        101
    Recross Examination by Mr. Thompson     105
    Further Redirect Examination by Mr. Pigg 106


DEPOSITION EXHIBIT NO. 39
    Marked for Identification                26
DEPOSITION EXHIBIT NO. 40
    Marked for Identification                34
DEPOSITION EXHIBIT NO. 41-44
    Marked for Identification                84
DEPOSITION EXHIBIT NO. 45
    Marked for Identification                91



SIGNATURE OF WITNESS                        108

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER  109
```

Page 4

1           AUDREY MARTINEZ,
2  of lawful age, having been first duly sworn on her
3  oath to state the truth, the whole truth, and
4  nothing but the truth, deposes and says:
5           DIRECT EXAMINATION
6  BY MR. PIGG:
7  Q.  State your name, please.
8  A.  Audrey Denise Martinez.
9  Q.  And how do you spell Audrey?
10 A.  A-U-D-R-E-Y.
11 Q.  My name's Steve Pigg. I represent Officer
12     Henry in the lawsuit filed by Ms. Patterson
13     and Travis Patterson. Have you ever given a
14     deposition before?
15 A.  No.
16 Q.  Have you given any statements related to this
17     matter, the arrest of Travis Patterson and
18     Mary Patterson?
19 A.  Yes.
20 Q.  Who have you given statements to?
21 A.  Her lawyer here.
22 Q.  Mr. Thompson?
23 A.  Yes.
24         MR. THOMPSON: Are you asking for
25  written statements or verbal statements?

Page 5

1          MR. PIGG: I probably intended
2  written.
3          MR. THOMPSON: Okay. We don't have
4  a written statement.
5          MR. PIGG: Okay.
6  A.  I don't have a written.
7  Q.  He's just talked with you?
8  A.  Yes.
9  Q.  He asked you questions? All right. Have you
10     ever given a recorded statement to anyone?
11 A.  No.
12 Q.  I'm going to ask you a number of questions.
13     The court reporter will take down all of your
14     answers word for word and the transcript of
15     this deposition will be available for use in
16     the case for various purposes. Do you
17     understand that?
18 A.  Yes.
19 Q.  For example, if we have a trial in this case
20     and you testify differently at trial than you
21     would tell us today, I could show the jury
22     that your testimony had changed.
23 A.  (Witness nods head.)
24 Q.  For that reason and others, it's important
25     that you listen carefully to the questions

Page 30

1  wrestling around, they went all the way up to
2  the driveway to where this other car was
3  parked?
4  A. Uh-huh, yes.
5  Q. What kind of car was that?
6  A. That was an Alero. I think that's how you
7  say the name.
8  Q. What color was it?
9  A. Gold.
10 Q. How long from the -- well, at some point you
11 called 911, correct?
12 A. Yes.
13 Q. What caused you to call 911?
14 A. Once I saw the blood. Blood was somewhat on
15 Twon, too, so I thought they were both hurt,
16 so I went back into the house. After trying
17 to get them to stop talking and leave it
18 alone, I came back into the house and called
19 911.
20 Q. Could you tell if either Antron or Travis
21 were intoxicated?
22 A. They were intoxicated, yes.
23 Q. Can you give us your judgment of what the
24 level of intoxication was?
25       MR. THOMPSON: Objection, calls for

Page 31

1  speculation and expert opinion.
2  A. I believe they were -- they had just got
3  started to drink because they don't start
4  until closer to going out, so I think it was
5  an issue where they just had a dispute and it
6  just kind of just escalated from there.
7  Q. Could you tell from what they were saying at
8  any time what the subject of the dispute was?
9  A. Pretty much I think it was -- it might have
10 been over where to go that night. Antron, I
11 don't think he wanted to go downtown or go
12 where they were going to go because they were
13 with two other individuals.
14 Q. Who were the other individuals?
15 A. I believe it was Chris and Dejuan, their
16 cousins.
17 Q. What's Chris's last name?
18 A. Pete.
19 Q. That's the last name, so Chris Pete?
20 A. Uh-huh.
21 Q. And Dejuan?
22 A. Dejuan Austin.
23 Q. Do you know how Dejuan is spelled?
24 A. D-E-U -- I mean D-E-J-U-A-N.
25 Q. Were either of them present at 2016 --

Page 32

1  A. No.
2  Q. Okay. So the best you could tell, the
3  argument was over where they were going to go
4  that night.
5  A. Yeah.
6  Q. But did you understand they had already gone
7  somewhere and come back?
8  A. They didn't go -- they went to the destination,
9  but they did not go in.
10 Q. Had they been drinking at the house before
11 they left?
12 A. I'm not -- I can't answer that. I'm not too
13 sure, I wasn't there.
14 Q. Do you know if they had taken any drugs other
15 than alcohol?
16 A. No.
17 Q. No, you don't know?
18 A. No, I know they -- Travis doesn't do drugs.
19 Q. When you made the call to 911, what phone did
20 you use?
21 A. The house phone.
22 Q. So the landline.
23 A. Yes.
24 Q. Where is that located in the house?
25 A. That would be about right here (indicating).

Page 33

1  Q. Now, draw an arrow to that and write "phone",
2  please.
3  A. (Witness complies.)
4  Q. Is there any wall in between the phone and
5  the front door?
6  A. Yes.
7  Q. Okay. I guess --
8  A. Should I draw another picture?
9  Q. That probably would help.
10 A. I didn't know I was going to do all that.
11 Okay. So this is the house, porch, the door.
12 And there's a wall here. That's the dining
13 table. Sorry. It would be about right here
14 (indicating).
15 Q. And is this the garage here?
16 A. It's supposed to be. Yeah, I would say
17 that's the whole garage there.
18 Q. Is there a window in the area where the phone
19 is?
20 A. This right here (indicating), it's kind of
21 like a little -- a little bit of an arch that
22 leads into -- it's a little window that leads
23 into the kitchen. Kind of like a serving
24 line, I guess I could explain it.
25 Q. Is there a window to the exterior near the

Page 34

1  phone?
2  A. Yes. The phone is sitting -- there's a
3     little ledge there and there's the phone.
4  Q. But is there a window you can look out and
5     see what's going on outside?
6  A. Oh, yes, there's a window here and there's a
7     window in -- this is the kitchen (indicating).
8  Q. Okay. If you'd draw an arrow to the two
9     windows you've drawn and write "window" so we
10    know what that is later.
11 A. (Witness complies.)
12 Q. And write "garage" in the area that you've
13    drawn the garage.
14 A. I'll just put a G.
15 Q. Okay. A G.
16         (Deposition Exhibit No. 40
17          marked for identification.)
18 Q. And that's been marked as Exhibit 40. From
19    the time that you woke up, went outside, saw
20    what was going on, went back in a couple
21    times, came back out, saw the blood, went
22    back in and placed the 911 call, how much
23    time elapsed?
24 A. From before I called the 911 call?
25 Q. Up until -- from the time you wake up and see

Page 35

1     there's this argument or fight going on until
2     the time you make the 911 call, how much
3     time?
4  A. It had to have been probably about fifteen
5     minutes.
6  Q. Are there any -- is there a porch light or
7     any lights in the area that were on?
8  A. There is a streetlight right here
9     (indicating). I believe so. I don't know
10    how to do a streetlight, sorry.
11 Q. We're more interested in placement than the
12    drawings. So there's a streetlight on the
13    parking just to the south side of the house?
14 A. Yes. There's another home here, so it's
15    basically in between.
16 Q. Okay. And you've drawn that on Exhibit 39,
17    correct?
18 A. Yes.
19 Q. What do you recall telling the dispatch
20    operator when you called 911?
21 A. I remember telling them that there is an
22    argument with my boyfriend and his brother
23    and that we're unable to separate them, if
24    they could come and help us.
25 Q. Basically told them you needed officers

Page 36

1     because your boyfriend and his brother were
2     fighting?
3  A. Correct.
4  Q. And you did tell her it was physical?
5  A. Yeah.
6  Q. It was a female dispatcher?
7  A. Yes.
8  Q. And you told her there was blood?
9  A. I told her that, yes, one of them was
10    wounded, yes.
11 Q. Okay. And did she ask if you needed an
12    ambulance or EMS?
13 A. And I told her no, that's correct.
14 Q. Did you listen to the recording of the 911
15    tape?
16 A. No.
17 Q. And she was pressing you for some detailed
18    information and that kind of irritated you?
19 A. Yes, because I didn't want nobody to get
20    hurt, more hurt, so I was just like -- the
21    questions she was asking me was just not
22    important to me.
23 Q. And she tried to get you not to go back out.
24    She didn't want you to put yourself in
25    danger.

Page 37

1  A. Right.
2  Q. Do you recall telling her that their mother
3     was out there and she was too little to break
4     them up?
5  A. Right.
6  Q. In the recording I think you can hear
7     probably Travis say, you hit me in my mouth.
8     Do you --
9  A. Yes, they were talking of that after -- it
10    went from whatever they were talking about
11    before to how they were brothers and how
12    could he do that to his brother.
13 Q. While you were on the phone, where were
14    Travis and Antron?
15 A. They were still outside.
16 Q. Still in this location that you've shown on
17    Exhibit 39 out by the car?
18 A. Just in this area here (indicating).
19 Q. Okay. And you're showing --
20 A. Well, yes, they were about this area here
21    (indicating).
22 Q. Where you initially put the X on Exhibit 39
23    to show their location?
24 A. Right, yes.
25 Q. After you hung up on the 911 call, what did

Page 42

1  and she left early and just drove by our
2  house on her way home.
3  Q. When you say "at a club", you're not talking
4     about Maximus, you're talking about like a
5     nightclub?
6  A. At a nightclub, yes. And I'm not too sure if
7     she actually went to the nightclub. I just
8     know that she was coming -- she had said she
9     left early, so I don't know if she dropped
10    somebody off or went in. I'm not too sure.
11 Q. And this is a little after 1:00 a.m. in the
12    morning?
13 A. No, I think it was before 1:00.
14 Q. It was after midnight?
15 A. Had to have been around midnight.
16 Q. When she pulled up in the van, where did she
17    park the van?
18 A. This is the street and it curves around here.
19    She had parked it about right here (indicating).
20 Q. Okay. And you've added the curved street and
21    a box for Shannon's van. Is that a full-size
22    van or a minivan?
23 A. A minivan.
24 Q. What did she do after she arrived?
25 A. She got out of her car and came over to us in

Page 43

1  this area here (indicating).
2  Q. And when you said "this area here", you're
3     pointing to the area of the driveway/sidewalk/
4     parking outside the fence?
5  A. Right.
6  Q. Were you still inside the fence yourself?
7  A. No, I had walked out with everyone.
8  Q. So now there's five of you out in that area?
9  A. Uh-huh.
10 Q. That's a yes?
11 A. Yes.
12 Q. What happened after that, after she arrived
13    and came up?
14 A. She was basically saying, come on, Twon,
15    let's just go home. Meanwhile, Travis and
16    him was still talking. Ann was also talking.
17 Q. You said "talking". Are they still arguing
18    or yelling at each other?
19 A. They're not yelling. It's more like they
20    were -- they calmed down to the point where
21    they were able one person speak and the other
22    one listen or interrupt at a point, but
23    technically just talking to each other.
24 Q. And is Shannon a white female, black female?
25 A. She's white.

Page 44

1  Q. What happened after she said, come on, Twon,
2     let's go home?
3  A. Basically they were still talking about it.
4     Finally it got to the point where Twon and
5     Travis -- 'cause I had Travis -- well, I
6     grabbed Travis to keep coming in, so did Ann.
7     Finally Twon was just like, okay, and he left --
8     or he was going into the car -- or to the
9     van.
10 Q. And you and Ms. Patterson are taking Travis
11    toward the house.
12 A. Right.
13 Q. Had you noticed anything on the blue car, on
14    the hood of the blue car at any time?
15 A. No.
16 Q. Did you ever see a towel or a gun on the car?
17 A. No.
18         MR. THOMPSON: Objection, relevance.
19 A. I was even able to move the vehicle and turn
20    it right-faced while this was going on.
21 Q. Okay. Explain what you're talking about.
22    When did that happen?
23 A. I -- it happened while everyone was talking.
24    I went outside, 'cause everything was calming
25    down, so I didn't want to leave the car out

Page 45

1  there facing north, so I got into the vehicle
2  and turned it around and parked it facing
3  south.
4  Q. Okay. Because it was parked facing north on
5     the wrong side of the street?
6  A. On the wrong side of the street.
7  Q. So you turned it around after Shannon arrived?
8  A. Yes.
9  Q. And there was nothing on the hood at that
10    time.
11 A. Correct.
12 Q. Okay. When you turned it around, was it
13    parked in the same location it had been --
14 A. Yes.
15 Q. -- only in a different direction.
16 A. Closer to the curb, because Travis was
17    dropping Twon off at our house. So it wasn't
18    close to the curb, it was probably more in
19    the middle of the street, I should say.
20 Q. But Travis had intended on going somewhere
21    else after he dropped Twon off?
22 A. Yes.
23 Q. Do you know where he intended to go?
24 A. To go with his cousins back downtown.
25 Q. But they weren't in the car.

Page 46

1  A. No.
2  Q. When you say "downtown", what area of
3     downtown is that? Is it the Old Town area?
4  A. Yes.
5  Q. And let's go back to the point you've turned
6     the car around, Shannon's there now, and she
7     and Antron are starting to leave, correct?
8  A. Yes.
9  Q. Is that when you first see police?
10 A. No.
11 Q. When did you first notice any police
12    officers?
13 A. I was on the porch and I had looked down the
14    street because I did notice lights 'cause you
15    can see it. There is many houses here
16    (indicating), but down the street it does
17    curve around to where -- onto Poplar -- I
18    mean onto Piatt. There's houses around this
19    corner here, and I could see it on the homes
20    here (indicating).
21 Q. Okay. You could see the reflection of the
22    lights?
23 A. The lights.
24 Q. And that was while you were going back up to
25    the house?

Page 47

1  A. Yes. Well, I was on the porch. I had walked --
2     during this time I had walked back onto the
3     porch after again visiting my children and
4     coming back outside.
5  Q. And was Antron still there -- strike that.
6     Had Shannon arrived yet when you saw the
7     lights?
8  A. No.
9  Q. When do you first see the actual person of a
10    police officer?
11 A. Not until right before -- or not until they
12    were leaving, Shannon and Antron were
13    leaving, and Twon was about right here
14    (indicating). That's when I saw --
15 Q. You're showing the back rear tire area, right
16    rear tire of the van?
17 A. I'm sorry?
18 Q. Near the right rear tire area of the van?
19 A. Yes.
20 Q. And what did you see?
21 A. I came out here (indicating) and saw officers
22    running down the street cursing, and Shannon
23    was just about to get into her vehicle. She
24    was here (indicating), and Twon was coming
25    around the car to get into the vehicle.

Page 48

1  Q. Okay. Why did you come back out from the
2     porch?
3  A. Why?
4  Q. Yes.
5  A. Because I was making sure everybody was okay
6     and I was observing everything.
7  Q. And when you showed on the diagram -- you
8     didn't draw, but you indicated you'd come
9     from the porch up to just inside the fence
10    area near the driveway.
11 A. I'm sorry, what are you asking me?
12 Q. You had indicated you came out on the porch --
13    when you first saw the officers, you came off
14    the porch and came up into this area near the
15    fence and the driveway?
16 A. Right, I had came out here (indicating).
17 Q. And you saw officers running down the street.
18 A. Yes.
19 Q. How many officers?
20 A. I want to say about four. The ones that I
21    had seen came down the street and that's when
22    I came about to the end of the driveway.
23 Q. You came to the end of the driveway?
24 A. Yes, I came closer to the street.
25 Q. Okay. Where was Travis and Mary Patterson at

Page 49

1     that time?
2  A. Travis was behind his mother's gold Alero
3     right here (indicating).
4  Q. And where was Mary?
5  A. She was also in the driveway. We were all in
6     this end part of the driveway.
7  Q. And were the four officers all together in a
8     group or were they staggered? How --
9  A. They were staggered. They were coming around
10    here (indicating). I would say I saw them
11    right before the streetlight.
12 Q. And what did the officers do from the time
13    you observed them running down the street?
14 A. They came and they went straight for Antron.
15 Q. How many went straight for Antron?
16 A. All of them came straight for Antron.
17 Q. Okay. What did you observe occur there?
18 A. From the curb, I came right into the middle
19    of the street. So did Shannon. One officer
20    had told Shannon to not get into the vehicle,
21    to back away from the vehicle. She and I
22    were technically right here (indicating).
23 Q. And you've drawn a circle in the middle of
24    the street in front of the driveway and
25    that's where you and Shannon were?

Audrey Martinez
October 4, 2013

Page 50

1  A. Yes.
2  Q. Did she obey the order of the officer not to
3     get into the van?
4  A. Yes. Me and her were right here (indicating).
5  Q. Okay. And you've drawn two Xs in that circle
6     on Exhibit 39, correct?
7  A. Yes.
8  Q. The officer that directed Shannon not to get
9     in the vehicle, was that a male or female
10    officer?
11 A. A male directed Shannon from the vehicle.
12 Q. Can you distinguish between any of the
13    officers?
14 A. I know there was a taller individual, and
15    there was a female, then the rest were male.
16 Q. Okay. One female and the rest of the
17    officers were male?
18 A. Yes.
19 Q. What happened after Shannon's directed not to
20    get in the car? What did the officers do
21    with Antron?
22 A. They had tackled him in this area here
23    (indicating) right behind the vehicle.
24 Q. And you've drawn a square over in the grass
25    on the east side of the street?

Page 51

1  A. Yes.
2  Q. How many officers were involved in what you
3     described as a tackle?
4  A. I believe all four of them that had been here
5     (indicating) that I had saw coming towards
6     him.
7  Q. Where was Mary Patterson at that time?
8  A. She had came out to the driveway -- from the
9     driveway, also. She ended up in our area
10    here (indicating).
11 Q. So she ended up in the middle of the street
12    where you and Shannon Phares were.
13 A. Yes.
14 Q. Okay. What happened from that point?
15 A. Her and I were telling officers to calm down,
16    like he wasn't resisting. He had came from
17    the vehicle and stopped in that area and
18    that's when they had jumped on him. We were
19    just yelling to the officers like, you know,
20    get off of him. I believe Ann had told them
21    that that's her son and just to calm down,
22    because they were really going at him.
23 Q. What do you mean, "really going at him"?
24 A. They had tackled him and to the point where
25    it looked like it -- they shouldn't have done

Page 52

1     that.
2  Q. Did you see any officer draw a weapon?
3  A. No.
4  Q. Didn't see any guns drawn?
5  A. It did look like they were ready to draw a
6     weapon or -- just in their defense, I guess
7     you could say, but that's how it was. They
8     just all was running down the street and
9     targeting that area.
10 Q. So they were focused on Antron.
11 A. Correct.
12 Q. While they were dealing with Antron, did Mary
13    get involved at all?
14 A. Just to what we were saying from across here,
15    what were they doing, no.
16 Q. Did she ever move from that area where you
17    were in the middle of the street?
18 A. No, no, we were still in that area. We were
19    yelling to the point where we were trying to
20    get them to listen.
21 Q. Where was Travis? Did he remain up by the
22    gold car?
23 A. Yes, Travis was still right here, in this
24    area here behind the vehicle (indicating).
25 Q. In the driveway behind the gold car?

Page 53

1  A. In the driveway.
2  Q. What were you yelling?
3  A. The same thing, to stop, you don't need to be
4     doing that.
5  Q. Did you ever move from that location in the
6     middle of the street?
7  A. No, I stayed in that location.
8  Q. Did Shannon ever move?
9  A. No, she stayed in that location.
10 Q. And was Mary closer to the officers and
11    Antron than you and Shannon?
12 A. Pretty much me and Shannon were closer
13    together. Ann was about -- closer towards
14    Ann's vehicle, I should say -- I mean towards
15    Shannon's vehicle.
16 Q. Who was closest to the location where the
17    officers were handcuffing or arresting
18    Antron?
19 A. Well, we were pretty much the same distance.
20    I mean, she was just -- like me and Shannon
21    are a group and she's probably about four
22    feet away.
23 Q. And all four officers are involved with
24    arresting Antron.
25 A. Yes.