# EXHIBIT  4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY PATTERSON, Individually, )
and TRAVIS PATTERSON, )
Individually, )
                                   )
        Plaintiffs, )
                                   )
    vs. )          Case No.
                      )  12 CV 1308-JAR-KGG
CITY OF WICHITA, KANSAS, and )
OFFICER J. HENRY, )
                                   )
        Defendants. )
------------------------------

D E P O S I T I O N

        The deposition of SHANNON PHARES,
taken on behalf of the defendants pursuant to the
Federal Rules of Civil Procedure before Beverly A.
Hume, a Certified Shorthand Reporter of Kansas, at
301 North Main, Suite 1600, Wichita, Sedgwick
County, Kansas, on the 4th day of October, 2013,
at 11:30 a.m.

A P P E A R A N C E S

        The plaintiffs appeared by their
attorney, Mr. James A. Thompson of Klenda Austerman
LLC, 301 North Main, Suite 1600, Wichita, Kansas
67202.  Mary Patterson appeared in person.
        The defendants appeared by their

DEPOSITION SERVICES LLC
155 North Market, Suite 810
Wichita, KS  (316) 264-7876

Page 2

1  attorney, Mr. J. Steven Pigg of Fisher, Patterson,
2  Sayler & Smith, L.L.P, 3550 S.W. 5th Street, P. O.
3  Box 949, Topeka, Kansas  66601-0949.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1          SHANNON PHARES,
2  of lawful age, having been first duly sworn on her
3  oath to state the truth, the whole truth, and
4  nothing but the truth, deposes and says:
5          DIRECT EXAMINATION
6  BY MR. PIGG:
7  Q.  State your name, please.
8  A.  Shannon Phares.
9  Q.  And spell your last name, please.
10 A.  P-H-A-R-E-S.
11 Q.  Ms. Phares, I'm Steve Pigg.  I represent
12     Jared Henry in a lawsuit filed by Mary
13     Patterson and Travis Patterson.  Have you
14     ever given a deposition before?
15 A.  No.
16 Q.  It's pretty simple.  I'm going to ask
17     questions.  Your obligation is to answer them
18     truthfully.  Your testimony and my questions
19     are being taken down by the court reporter
20     word for word.
21 A.  Okay.
22 Q.  So we'll have a written document that will
23     later show what you testify here today.  Do
24     you understand that?
25 A.  Yes.

Page 3

1              I N D E X
2
3  SHANNON PHARES
4     Direct Examination by Mr. Pigg          4
5
6
7
8
9
10
11
12  DEPOSITION EXHIBIT NO. 46
13     Marked for Identification          23
14
15
16
17
18
19
20
21
22  SIGNATURE OF WITNESS               52
23
24  CERTIFICATE OF CERTIFIED SHORTHAND REPORTER   53
25

Page 5

1  Q.  A deposition can be used in cases for a lot
2      of reasons, including for the judge to make
3      decisions and for the jury sometimes to hear
4      the testimony, so it's important that you
5      answer completely and truthfully.  Do you
6      understand that?
7  A.  Yes.
8  Q.  If I use a word you're not familiar
9      with or there's something about my question
10     you don't understand, ask me to rephrase to
11     be sure you understand before you answer.
12     Will you do that?
13 A.  Yes.
14 Q.  Where do you live presently?
15 A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Wichita, Kansas.
16 Q.  And who do you live with at that address?
17 A.  My children.
18 Q.  Okay.  Tell me your children's names and
19     ages.
20 A.  ▓▓▓▓▓▓▓▓▓▓▓▓ Phares, seventeen;
21     ▓▓▓▓▓▓▓▓▓▓ same last name, twelve;
22     ▓▓▓▓▓▓▓▓▓▓ same last name,
23     seven; ▓▓▓▓▓▓▓▓▓▓▓▓▓
24     ▓▓▓▓▓▓▓▓ seven; ▓▓▓▓▓▓▓
25     ▓▓▓▓▓, five.

Shannon Phares
October 4, 2013



Page 6

1   Q.  And are you in a relationship with An --
2       excuse me, I'm blanking on his name.
3   A.  Antron?
4   Q.  Antron, thank you.
5   A.  Yes.
6   Q.  When did you and Antron first engage in a
7       relationship?
8   A.  2004.
9   Q.  How did the two of you get together?
10  A.  Through a mutual friend.
11  Q.  Are you married to Antron?
12  A.  Yes.
13  Q.  When were you married?
14  A.  In ████ of this year -- or, no, last year.
15      Sorry.
16  Q.  2012?
17  A.  Yes.
18  Q.  And he was incarcerated at that time.
19  A.  Correct.
20  Q.  How do you do a marriage when they're
21      incarcerated?
22  A.  Have someone come up and justify it.
23  Q.  Justify it?
24  A.  I mean, we had a justice of the peace come to
25      the jail.

Page 8

1   Q.  Okay.  In June, 2010, were you and Antron
2       living together?
3   A.  We had just had a disagreement.  He was
4       living with his mother.
5   Q.  How long had he been separated from you
6       living with his mother?
7   A.  Probably two days.
8   Q.  Where were you living at that time?
9   A.  My current address.
10  Q.  Same address?  Are you from Wichita originally?
11  A.  Yes.
12  Q.  Where did you go to high school?
13  A.  Heights.
14  Q.  Graduate?
15  A.  Yes.
16  Q.  What year?
17  A.  '98.
18  Q.  Any education after high school?
19  A.  Some college.
20  Q.  Where?
21  A.  Phoenix University.
22  Q.  Is that a university where you go to classes --
23  A.  It's online.
24  Q.  Online?  Do you have a degree?
25  A.  No.

Page 7

1   Q.  Where was Antron incarcerated at that time?
2   A.  Hutchinson Correctional Facility.
3   Q.  Do you know what he's in for?
4   A.  He is currently in for aggravated assault.
5   Q.  And is that an assault on a prior female
6       relation -- person he had a relationship
7       with?
8   A.  Yes.
9   Q.  Did he have children by that person?
10  A.  Yes.
11  Q.  What's her name?
12  A.  I have them, ████████████████.
13  Q.  ████████████████ are not your children,
14      they're actually --
15  A.  His children.
16  Q.  -- his children with -- what's her name?
17  A.  Bree.
18  Q.  And the other three children --
19  A.  Are my children.
20  Q.  With someone else and not him?
21  A.  ████████ is his, the last one.
22  Q.  ███████ is --
23  A.  Antron's.
24  Q.  -- Antron's?  And ████████████████████ are --
25  A.  Are from previous relationships.

Page 9

1   Q.  Any certificates or anything?
2   A.  No.
3   Q.  How many hours of college do you have?
4   A.  Probably -- I finished two semesters, so it
5       would be probably maybe fifteen credits.
6   Q.  Are you employed presently?
7   A.  Yes.
8   Q.  Where are you working?
9   A.  Westlake Ace Hardware.
10  Q.  What do you do at Westlake?
11  A.  I'm a front end manager.
12  Q.  How long have you been with Westlake?
13  A.  Two years.
14  Q.  Were you working in 2010, June?
15  A.  Yes.
16  Q.  What were you doing then?
17  A.  I was working at Kohl's.
18  Q.  Other than the conviction for aggravated
19      assault, does Antron have any other convictions
20      you're aware of?
21  A.  Not that I know of.
22  Q.  In June, 2010, were you aware that a warrant
23      was outstanding for Antron's arrest related
24      to that incident?
25  A.  No.  She said she had dropped it.

3 (Pages 6 to 9)

Shannon Phares
October 4, 2013

Page 10

1    Q.   When had -- and I assume you're talking about
2         Bree said that she had dropped the warrant?
3    A.   She said that she had dropped it -- she put
4         it on in December.  She said she had dropped
5         it in April.  She said she had told the
6         District Attorney that she had falsified it,
7         and they even have an affidavit stating that
8         fact.
9    Q.   You have an affidavit from her?
10   A.   Yes.  It was turned in to the judge.
11   Q.   Was there a trial where Antron was convicted
12        of aggravated assault or did he plead?
13   A.   He pleaded.
14   Q.   How did you happen to be at 2016 Random Road
15        on June 6th early morning?
16   A.   I just left the club and drived by to see if
17        anybody was at home.
18   Q.   What club had you been at?
19   A.   It's one downtown.  I don't remember the name
20        of it.  It's not there anymore.
21   Q.   Had you been at the club all evening?
22   A.   Yes.
23   Q.   Had you been with anyone?
24   A.   My best friend.
25   Q.   What's her name?

Page 11

1    A.   Nicole Holt.
2    Q.   Where were the kids?
3    A.   They were with my mother.
4    Q.   What's her name?
5    A.   Danette McCort.
6    Q.   Where does she live?
7    A.   ████████████████ in Wichita.
8    Q.   Did you drive directly from the club to
9         2016 Random?
10   A.   Yes.
11   Q.   About what time did you get there?
12   A.   I left early, so it would have been before
13        the club closed.  Probably around 11:00 or
14        12:00.  I'm not sure of the exact time.
15   Q.   Does the club close at 2:00?
16   A.   Yes.
17   Q.   Had your friend, Ms. Holt, ridden with you or
18        met you at the club?
19   A.   No, we met at the club.
20   Q.   When you -- how did you come to Random Road?
21        Did you come off of Piatt?
22   A.   I came through -- yeah, off Piatt.
23   Q.   From the north or the south?
24   A.   I would have come from -- through Central, so
25        I would have come from the south.

Page 12

1    Q.   So you made a right turn onto Random Road?
2    A.   Correct.
3    Q.   Did you see any police vehicles?
4    A.   Yes.
5    Q.   How many?
6    A.   There was two cop cars with one a male and
7         one a female.
8    Q.   Where were they located?
9    A.   Right at the corner of Random Road and Piatt.
10   Q.   Were they parked on the same side of the
11        street?
12   A.   Yes.
13   Q.   Did they have any lights going?
14   A.   No.  They were standing outside talking.
15   Q.   But the flasher lights were not operating?
16   A.   They weren't even in their vehicles.  They
17        were standing outside.
18   Q.   And did you have any communication of any
19        kind with the officers?
20   A.   No.
21   Q.   Just drove by.
22   A.   Correct.
23   Q.   You drove down to 2016 Random?
24   A.   Correct.
25   Q.   Where did you park?

Page 13

1    A.   I parked on the right-hand side of the road,
2         so across the street from the house.
3    Q.   Did you see any neighbors in the neighborhood
4         that were outside that time of night?
5    A.   I wasn't looking.
6    Q.   What did you do after you parked?
7    A.   I walked over to Antron and Travis in the
8         driveway.  They were arguing.  And I told
9         Twon to get in the car and we were going to
10        go to the house.
11   Q.   Had you communicated with Audrey Martinez,
12        Ms. Patterson, Travis, or Antron so that they
13        knew you were coming?
14   A.   No.
15   Q.   So you just -- your arrival would have been a
16        surprise to them --
17   A.   Right.
18   Q.   -- or they weren't expecting you?
19   A.   Correct.
20   Q.   And when you say they were arguing, what were
21        they arguing about?
22   A.   I don't know.  They were arguing when I
23        pulled up.
24   Q.   Did you see any blood?
25   A.   No.

Deposition Services LLC
316.264.7876

Page 14

1  Q. Did you have any communication with anyone
2     else that was there other than telling Antron
3     "let's go"?
4  A. No.
5  Q. Didn't stand around and talk for a while, you
6     just immediately --
7  A. They were arguing. I told him to shut up and
8     get in the car and we were going to leave so
9     that way the argument would stop.
10 Q. Did you mention anything about police being
11    down the street?
12 A. Yes.
13 Q. What did you say?
14 A. I told him to quit arguing and get in the
15    car, the cops were down the street.
16 Q. What did he say?
17 A. We walked towards the car.
18 Q. Did you run towards the car or walk?
19 A. No, we walked.
20 Q. What happened at that point? Did you get in
21    the car?
22 A. Yes.
23 Q. Were you -- did you get your door closed?
24 A. Not before the police ran around the corner,
25    no.

Page 15

1  Q. Where was Antron as you were getting into the
2     car?
3  A. He was on the passenger's side getting into
4     the passenger's seat.
5  Q. Front passenger's seat?
6  A. Yes.
7  Q. And you said the police ran around the
8     corner. When did you first see police
9     running around the corner?
10 A. When they tackled him to the ground.
11 Q. So you didn't know they were coming until
12    they were there at the van.
13 A. Correct.
14 Q. How many officers?
15 A. By the time they had him tackled, there was
16    two on top of him and one standing above him.
17 Q. Did any officer draw a gun?
18 A. They -- no. They already had him on the
19    ground, and by the time I made it to the back
20    of my van and was standing there and Mary was
21    standing next to me and we were asking why he
22    was getting arrested, they had one knee in
23    his neck, another officer had one in his
24    back, and there was one standing above him.
25 Q. Did any officer communicate with you while

Page 16

1     you were in the car or getting in the car?
2  A. No.
3  Q. Any officer direct you to get out of the car
4     or not to get in the car?
5  A. No.
6  Q. So you just on your own volition got out of
7     the car and came to the back of the van.
8  A. Yes. They just tackled him to the ground for
9     no reason, yes.
10 Q. Was he partway in the car?
11 A. Yeah, he was halfway into the car.
12 Q. So like had his left leg in the car --
13 A. Correct.
14 Q. -- sliding onto the seat?
15 A. Correct.
16 Q. And when you say "they tackled", what do you --
17    describe --
18 A. They pulled him out and threw him to the
19    ground and then two officers were on top of
20    him and one was standing above him.
21 Q. When he was being pulled out, how many
22    officers were pulling him out of the van?
23 A. One pulled him out.
24 Q. Male or female?
25 A. I'm not sure which one pulled him out, but

Page 17

1     there was a female that had her knee in his
2     neck, and there was a male that had his knee
3     in his back, and then there was another male
4     standing up when he asked for the supervisor
5     and the female officer said she was the
6     supervisor.
7  Q. Who asked for a supervisor?
8  A. Antron.
9  Q. The female said she was the supervisor?
10 A. Correct.
11 Q. How did the officer that pulled him out of
12    the van pull him out?
13 A. I don't know. I was still in my vehicle.
14    I'm assuming they just pulled him by his arm
15    and threw him on the ground.
16 Q. Did you hear any conversation or words
17    between Antron and the officers?
18 A. No, 'cause I was on my way from out of the
19    front of the vehicle to the back of the van.
20 Q. Up until the time Antron is on the ground
21    with an officer with a knee in the neck and
22    an officer with a knee in the back, had you
23    heard any officers say anything?
24 A. No. I didn't know that they were there until
25    they pulled him out of the van.

5 (Pages 14 to 17)

Page 18

1  Q.  So you didn't hear any officer cussing?
2  A.  All I heard was -- well, they were yelling at
3      him to lay down and be still, but he had no
4      idea why he was being pulled out.
5  Q.  When the officers had him pulled out and on
6      the ground, where was he with respect to the
7      van?
8  A.  He was right next to the passenger door.
9  Q.  I'm going to give you a sheet of paper and
10     ask you if you'd draw just kind of the
11     general location of the van.  Draw the street
12     and the house and then where the van was.
13 A.  He was laying right here and the house was
14     right here, 'cause I was parked directly
15     across from the driveway.  And the cops were
16     down here on this side when I drove through.
17     (Indicating)
18 Q.  Okay.  So I'm going to draw an arrow to the
19     line you've drawn.  That's where Antron was
20     down on the ground being arrested?
21 A.  Correct.
22 Q.  I'm going to write "Antron".  Did I do that
23     correctly?
24 A.  Yes.
25 Q.  Then you got out of the van.  Where did you

Page 19

1      go?
2  A.  Straight to the back, right here (indicating).
3  Q.  And you put an X at the right rear of the
4      van, correct?
5  A.  Correct.
6  Q.  Were you still in the street or were you up
7      on the grass?
8  A.  No, I was still on the street.
9  Q.  When you left to get to the car, you left
10     at -- there was the argument.  Where were
11     they located?
12 A.  Right at the end of the driveway.
13 Q.  And who was there?
14 A.  It would have been Antron, Travis, and Ann.
15 Q.  Was Audrey Martinez there?
16 A.  She was up on the porch.
17 Q.  When you left to get in the van, did
18     Ms. Patterson and Travis stay at that same
19     location?
20 A.  I don't know.  I was walking the other way.
21 Q.  Last time you saw them they were at the end
22     of the driveway?
23 A.  Correct.
24 Q.  When's the next time you saw either of them?
25 A.  When Antron was pulled out of the car and the

Page 20

1      police had thrown him on the ground, then
2      Mary came next to me at the back of the van.
3  Q.  And which side of you was she on?
4  A.  She was standing right next to me, so she
5      would have been right here (indicating) at
6      the other back of the van, standing kind of
7      right next to me catty-corner so where she
8      could see from where she was.
9  Q.  She was to your right?
10 A.  She would have been, yes.
11 Q.  Was she behind you or in front of you?
12 A.  Well, I was turned sideways and she was
13     turned sideways.
14 Q.  Sideways to the van or --
15 A.  So I was turned sideways to the van this way,
16     kind of looking this way, and she would have
17     been right here.  (Indicating)
18 Q.  Draw an arrow to show which way you were
19     looking.
20 A.  I would have been looking this way
21     (indicating).
22 Q.  Toward where Antron's on the ground.
23 A.  Correct.
24 Q.  And you have -- this X suggests she's
25     directly to the --

Page 21

1  A.  She's right here (indicating).
2  Q.  Okay.  And you've drawn a circle that's
3      filled in?
4  A.  Correct.
5  Q.  I'll draw an arrow to that and put an "MP"
6      for Mary Patterson.  That's where she was
7      located?
8  A.  Correct.
9  Q.  And this first X then that you drew is not
10     really correct?
11 A.  Well, she was standing next to me and then
12     when they moved him, she moved right next to
13     me.
14 Q.  She moved from the X to the dark circle?
15 A.  Correct.
16 Q.  And after -- while you and Ms. Patterson
17     are at that location, did they complete
18     handcuffing and arresting Antron?
19 A.  No, they continued to hold him down on the
20     ground.  He didn't move until the very end
21     after everything was over.
22 Q.  And you said there were the two officers that
23     were on him and an officer standing above
24     them?
25 A.  Correct.

6 (Pages 18 to 21)