# EXHIBIT 6

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, CRIMINAL DEPARTMENT
SEDGWICK COUNTY, KANSAS

The ~~State of Kansas~~ CITY OF WICHITA
PLAINTIFF,

vs

TRAVIS PATTERSON       Case No. 10CR 3153
                              10CM001959

DEFENDANT(S).

FILED
APP DOCKET NO. 6

2011 MAY 23 A 10: 33

CLERK OF DISTRICT COURT
18TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KANSAS

BY_____

## JOURNAL ENTRY — MISDEMEANOR CASE

* [X] TRIAL: On this  5-23 , 20 11 , this matter comes on for trial, the defendant being present * [X] personally and * [X] by counsel * [X] waives a record of the trial * [ ] waives attorney, record made on waiver.

* [ ] After hearing all the evidence and statements of counsel, the court finds said defendant(s) guilty of:

* [X] The defendant announces that he pleads * [X] guilty * [X] nolo contendere to

AMENDED Count One: OBSTRUCTING LEGAL PROCESS  5.72.010(a)

Count Two: FOUND NOT GUILTY IN MUNICIPAL COURT

Count Three: _____

and not guilty of other offenses charged.

* [ ] DEFERRING SENTENCE: Case is continued to _____ , 20 ____ , * [ ] for presentence investigation and report * [ ] for mental examination under K.S.A. 22-3429, et seq.

* [X] SENTENCING: On 5-23 , 20 11 , on * [X] plea * [ ] verdict of guilty said defendant(s) is sentenced to confinement in the jail of Sedgwick County, Kansas and/or payment of fines as follows:

Count One:  90 DAYS JAIL  &  $200 FINE

Count Two: _____

Count Three: _____

for a total sentence of  90 DAYS JAIL  &  $200 FINE  and costs.

It is by the court ordered that the sheriff of this count shall cause said defendant to be confined in accordance with the above sentence and to obtain and deliver to the jailer a certified copy of this judgment.

* [ ] FORFEITURE OF APPEARANCE BOND: On this _____ , 20__ , the court finds that there is a breach of condition of appearance bond of the defendant, _____ and declares a forfeiture of the bail. It is ordered that an alias warrant shall issue for the arrest of said defendant

* [ ] forthwith * [ ] on _____ , 20 ___

* [X] △ WAIVES JURY TRIAL. △ SHALL PAY $306 MUNICIPAL COURT FEES.

Atty. for CITY _____ #26892
Atty. for Def. _____ 10129
* [ ] Record taken by _____

_____ Judge, Division X

* Check [X] The Above Items Applicable to This Journal Entry

EXHIBIT
9
T. Patterson

| COURT CASE: 10CM001959 | IN THE MUNICIPAL COURT | |
| PD INCIDENT: 10C038772 | OF THE CITY OF WICHITA, KANSAS | |

Defense Att'y: CPD   Bar No.: _____   Date Entered: JUN 25 2010   Date W/D: _____
Defense Att'y: _____   Bar No.: _____   Date Entered: _____   Date W/D: _____

The City of Wichita, Plaintiff vs.   AKA: _____   Arr. Officer: WILLS, CASEY
PATTERSON, TRAVIS V
[redacted]   WICHITA, KS [redacted]   Victim: WILLS, C

SSN: ****[redacted]
DOB: [redacted]   M / B

Plea: SEP 24 2010
Finding: SEP 24 2010
Final Disposition: Judgment of the Court

| # | Charge | Date | Not Guilty | Guilty | No Contest | Dismiss | Guilty | Not Guilty | Sentence Days | Months | Fines |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09D13538 0510035A2 - BATTERY LEO | 06/06/2010 | X | | | | X | | 90 | | 200 |
| 2 | 09D13539 0572010A - RESIST POLICE/ARREST | 06/06/2010 | X | | | | | X | | | |

☐ INTERPRETER NEEDED FOR EACH COURT APPEARANCE:   Date: _____   TYPE: _____
FIRST APPEARANCE DATE: 6/25/10 @ 850 AM(A)

Arraignment: ✓ In Person ___ Prisoner Video
Accused advised of charges, penalties, right to counsel and bond conditions on: JUN 25 2010
Defendant given complaint on: JUN 25 2010
Defendant signs waiver of counsel on: _____

Diver./Defer. Judg. granted/denied on: _____
Diver./Defer. Judg. terminated/completed on: _____

Bond Conditions: JUN 25 2010
No Alcohol or Drugs: ✓
No Driving without valid DL or insurance _____
72 Hours no contact with Victim _____

Total Fine Due: 200.00   *Additional fees
Paroled fine Amt: _____   may be added
Court Costs: 306.10   for failure to
Reinstatement: _____   comply with
Total Amt. Due*: 506.10 Court Orders.

Sentences here in: Concurrent ___ Consecutive ___
Concurrent all cases ___ Consecutive all cases ___

Defendant advised of appeal & expungement rights. Yes ✓
Stay of sentence granted to: ● 10.8.10
If Defendant fingerprinted on: N/A
Appeal Bond: $ 2500   Judge: BJA
Conditions: _____

OR X   NO OR ___ SURETY ___ CASH ONLY ___

SCHEDULE ___ COMMIT ___ JAIL ___ H/A ___ W/R ___

KBI Criminal History by Prosecutor   Y ___ N ___
Certified Driving Record by Prosecutor   Y ___ N ___
Commercial DL # _____   Y ___ N ___

Defendant to pay fines and costs as ordered & to obey these conditions:

___ Sign Journal Entry of Probation today.
___ Lab Fee.
✓ Non-reporting probation for 12 months.
___ Attend SLC DVAP ADSAP and provide proof at review.
___ Submit to fingerprinting today.
___ Forfeit weapon(s) seized here in to City.
✓ Obey all federal, state and city laws.

COURT CASE: 10CM001959
Municipal Court Judge: [signature]   Div: 2
Deputy Court Clerk: [signature]

EXHIBIT 10
J. Patterson

**DEFENDANT'S NAME:** Travis V. Patterson

☐ DOMESTIC VIOLENCE

*09D13538*

# • UNIFORM CRIMINAL COMPLAINT AND NOTICE TO APPEAR •

Municipal Court
City of Wichita
Sedgwick County

☐ Sign Lang Interp.

Complaint No. 09D13538
Docket No. 10CM1959
Case No. 10C058772

The undersigned declares, under penalty of perjury, that the following is true and correct: that on the 6 day of June, 2010 at 0220 M.

NAME Travis V. Patterson     ADDRESS ███████
RACE/SEX B/M  DOB ██   PHONE NO. ██████   CITY Wichita  STATE KS
SS # ██████   BUSINESS ADDRESS ██████
DID AT ██████

CITY OF WICHITA, SEDGWICK COUNTY, KANSAS, then and there unlawfully:

☐ **PETIT THEFT**
With intent to deprive the owner permanently of possession, use, or benefit of his property by obtaining or exerting unauthorized control of _____

Belonging to _____
CONTRARY TO ORDINANCE NO. 5.42.010a OF THE CODE OF THE CITY OF WICHITA.

☐ **BATTERY**
Did intentionally and in a rude, insolent, or angry manner touch or apply force to the person of _____ by (describe occurrence) _____

CONTRARY TO ORDINANCE NO. 5.10.020 OF THE CODE OF THE CITY OF WICHITA.

☒ **OTHER** Battery LEO
Travis Patterson within the corporate limits of the City intentionally caused physical contact with Officer Will #288 a uniformed or properly identified state, county, or city law enforcement officer while such officer engaged in the performance of such officers duties, in a rude insolent or angry manner by pushing him

CONTRARY TO ORDINANCE NO. 5.10.75 (a.2) OF THE CODE OF THE CITY OF WICHITA.

☒ OFFICER COMPLAINING WITNESS     ☐ CIVILIAN COMPLAINING WITNESS

C. Will #288
SIGNATURE OF OFFICER

in the chest one time
COMPLAINANT

EXECUTED ON (date) _____
SUBSCRIBED AND SWORN TO BEFORE ME, THIS ____ DAY OF _____

_____ Court Clerk   P.T. Deputy Court Clerk

## NOTICE TO APPEAR

THE CITY OF WICHITA, KANSAS, To the Above-Named person:

You are hereby summoned to appear before the Municipal Court of Wichita, Kansas at 455 North Main, 3rd Floor, on the _____ day of _____, _____, at _____ _____ M., to answer to the above complaint.

**If you fail to appear, a Warrant will be issued for your arrest.**

Dated: _____

SIGNATURE OF OFFICER

I AGREE TO APPEAR IN MUNICIPAL COURT AT THE STATED TIME AND PLACE AND HAVE BEEN SERVED MY COPY OF THE COMPLAINT.

SIGNATURE OF ACCUSED PERSON

Form 15-225R2/91   www.wichita.gov



EXHIBIT 11
T. Patterson

Travis V. Patterson
**DEFENDANT'S NAME**   ☐ DOMESTIC VIOLENCE

● **UNIFORM CRIMINAL COMPLAINT AND NOTICE TO APPEAR** ●

*09D13539*

Municipal Court
City of Wichita
Sedgwick County        ☐ Sign Lang Interp.

Complaint No. 09D13539
Docket No. 10CM1959
Case No. 10C08772

The undersigned declares, under penalty of perjury, that the following is true and correct: that on the 6 day of June, 2010, at 0220 M.

NAME Travis V. Patterson   ADDRESS ▓▓▓
RACE/SEX B/M   DOB ▓▓▓   PHONE NO. ▓▓▓   CITY Wichita   STATE KS
SS # ▓▓▓   BUSINESS ADDRESS
DID AT ▓▓▓

CITY OF WICHITA, SEDGWICK COUNTY, KANSAS, then and there unlawfully:

☐ **PETIT THEFT**
With intent to deprive the owner permanently of possession, use, or benefit of his property by obtaining or exerting unauthorized control of _____

Belonging to _____
CONTRARY TO ORDINANCE NO. 5.42.010a OF THE CODE OF THE CITY OF WICHITA.

☐ **BATTERY**
Did intentionally and in a rude, insolent, or angry manner touch or apply force to the person of _____
by (describe occurrence) _____

CONTRARY TO ORDINANCE NO. 5.10.020 OF THE CODE OF THE CITY OF WICHITA.

☒ **OTHER** Resist
Travis V. Patterson, resisted Off. Wills #___ in the discharge of his official duties by not allowing officers to handcuff him inside in the jail. Officers had to physically force him to comply and handcuff him.

CONTRARY TO ORDINANCE NO. 5.72.010 OF THE CODE OF THE CITY OF WICHITA.
☒ OFFICER COMPLAINING WITNESS    ☐ CIVILIAN COMPLAINING WITNESS

C. Wills #2208
**SIGNATURE OF OFFICER**                              **COMPLAINANT**

EXECUTED ON (date) _____
SUBSCRIBED AND SWORN TO BEFORE ME, THIS ____ DAY OF _____

_____ Court Clerk   P.T. Deputy Court Clerk

**NOTICE TO APPEAR**

THE CITY OF WICHITA, KANSAS, To the Above-Named person:
You are hereby summoned to appear before the Municipal Court of Wichita, Kansas at 455 North Main, 3rd Floor, on the ____ day of _____, _____, at _____ ____ M., to answer to the above complaint.
If you fail to appear, a Warrant will be issued for your arrest.
Dated: _____

_____
**SIGNATURE OF OFFICER**

I AGREE TO APPEAR IN MUNICIPAL COURT AT THE STATED TIME AND PLACE AND HAVE BEEN SERVED MY COPY OF THE COMPLAINT.

[signature]
**SIGNATURE OF ACCUSED PERSON**

Form 15-225R2/91   www.wichita.gov

**EXHIBIT 12**
T. Patterson