# EXHIBIT   7

**COURT CASE:** 10CM001954
**PD INCIDENT:** 10C038772

IN THE MUNICIPAL COURT
OF THE CITY OF WICHITA,
KANSAS

Date Entered: JUN 2 5 2010   Date W/D: _____

Defense Atty: *CPD*    Bar No.: _____   Date Entered: _____   Date W/D: _____
Defense Atty: _____   Bar No.: _____   Date Entered: _____   Date W/D: _____

The City of Wichita, Plaintiff  vs.   AKA: _____    Arr. Officer: HENRY, JARED
**PATTERSON, MARY A**
_____                WICHITA, KS 67214          **Victim:** HENRY, J

SSN: _____
DOB: _____    F / B

| | Plea: SEP 2 4 2010 | | | Finding SEP 2 4 2010 | | | Final Disposition: |
|---|---|---|---|---|---|---|---|
| | Not Guilty | Guilty | No Contest | Dismiss | Guilty | Not Guilty | Judgment of the Court |
| | | | | | | | Sentence / Fines |
| | | | | | | | Days / Months |
| 1   09D25904   06/06/2010 | X | | | | | X | |
| 0510035A2 - BATTERY LEO | | | | | | | |

☐ INTERPRETER NEEDED FOR EACH COURT APPEARANCE:   Date: _____   TYPE: _____

FIRST APPEARANCE DATE: 6/25/10 @ 830 ARR(A)

Arraignment: _____ In Person _____ Prisoner Video
Accused advised of charges, penalties, right to counsel
      and bond conditions on: JUN 2 5 2010
Defendant given complaint on: JUN 2 5 2010
Defendant signs waiver of counsel on: _____

Diver./Defer. Judg. granted/denied on: _____
Diver./Defer. Judg. terminated/completed on: _____

Bond Conditions: _____ JUN 2 5 2010
No Alcohol or Drugs: _____
No Driving without valid DL or insurance _____
72 Hours no contact with Victim _____

Total Fine Due: _____        *Additional fees
Paroled fine Amt: _____       may be added
Court Costs: _____            for failure to
Reinstatement: _____  0       comply with
**Total Amt. Due*:** _____  0      Court Orders.

Sentences here in : Concurrent _____   Consecutive _____
    Concurrent all cases _____   Consecutive all cases _____

Defendant advised of appeal & expungement rights. Yes ✓
Stay of sentence granted to: _____
  If Defendant fingerprinted on: _____
Appeal Bond: $_____   Judge: _____
Conditions: _____

OR _____   NO OR _____  SURETY _____   CASH ONLY _____
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SCHEDULE _____ COMMIT _____ JAIL _____ H/A _____ W/R _____

KBI Criminal History by Prosecutor      Y ___ N ___
Certified Driving Record by Prosecutor   Y ___ N ___
Commercial DL # _____                  Y ___ N ___

Defendant to pay fines and costs as ordered & to obey these conditions:

___ Sign Journal Entry of Probation today.

___ Lab Fee.

___ Non-reporting probation for ___ months.

___ Attend  SLC  DVAP  ADSAP  and provide
     proof at review.

___ Submit to fingerprinting today.

___ Forfeit weapon(s) seized here in to City.

___ Obey all federal, state and city laws.

COURT CASE: 10CM001954
Municipal Court Judge: _____
Deputy Court Clerk: _____                                      Div: 2

COURT CASE: 10CM001954
PD INCIDENT: 10C038772

**IN THE MUNICIPAL COURT
OF THE CITY OF WICHITA, KANSAS**

Supplemental Disposition Sheet

Defense Att'y: _____ Bar No.: _____ Date Entered: _____ Date W/D: _____
Defense Att'y: _____ Bar No.: _____ Date Entered: _____ Date W/D: _____

**Defendant:** PATTERSON, MARY A          **Date of Offense:** 06/06/2010

| DATE | JUDGE'S COMMENTS AND ORDERS |
|------|------------------------------|
| | SEP 24 2010                    Tried 10CM 1959 |
| W3 | Judith Jones. - WPD |
| | Contacted Mary later that day at her home |
| | Mary called 3 solicitation to report inquiries |
| | she received during arrest. |
| | She told officer she was trying to calm her |
| | son down + she was yelling at son to |
| | calm down + that is when she was |
| | struck by an officer. |
| | Travis was just trying to keep his mom from |
| | being hurt. |
| W4 | ▓ Drysdale. ⟷ WPD |
| | Mary Patterson was running toward Officers — |
| | upset. |
| | Did not see anything else |

Page: [      ]

COURT CASE: 10CM001954
PD INCIDENT: 10C038772

**IN THE MUNICIPAL COURT
OF THE CITY OF WICHITA, KANSAS**

Appearance
Sheet

**Defendant:** PATTERSON, MARY A          **Date of Offense:** 06/06/2010

| APPEARANCE INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| REQ. DATE | REQ. BY | JUDGE | CODE | NXT. CT. DATE | TIME | CT. RM. | BFBW |
| JUN 2 5 2010 | D | B2A | TR | 8/13/10 | 9 | A | |
| AUG 1 3 2010 | CRW | B2A | TR | 9/24/10 | 9 | A | Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Page: ☐

City of Wichita - 000211

Jail Credit Sheet

COURT CASE: 10CM001954
PD INCIDENT: 10C038772

**IN THE MUNICIPAL COURT
OF THE CITY OF WICHITA, KANSAS**

Defense Att'y: _____  Bar No.: _____  Date Entered: _____  Date W/D: _____
Defense Att'y: _____  Bar No.: _____  Date Entered: _____  Date W/D: _____

*Defendant:*  PATTERSON, MARY A        *Date of Offense:*  06/06/2010

*DOB:*

| As Of Date | From Date | To Date | # of Days | Days Subtotal | Days Grand Total |
|---|---|---|---|---|---|
| 8/10/10 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page: _____

Patterson, Mary
DEFENDANT'S NAME                    ☐ DOMESTIC VIOLENCE

• UNIFORM CRIMINAL COMPLAINT AND NOTICE TO APPEAR •

*09D25904*

Municipal Court                                    Complaint No. _____
City of Wichita                                    Docket No. _10CM1954_
Sedgwick County          ☐ Sign Lang. Interp.      Case No. 10C038702

The undersigned declares, under penalty of perjury, that the following is true and correct: that on the 10C038772
__6th__ day of __June__, __2010__ at __815__ M.
NAME __Mary A Patterson__ ADDRESS _____
RACE/SEX _B/F_ DOB _____ PHONE NO. _____ CITY __Wichita__ STATE _KS_
SS # _____ BUSINESS ADDRESS _____
DID AT __2016 E Random__
CITY OF WICHITA, SEDGWICK COUNTY, KANSAS, then and there unlawfully:

☐ **PETIT THEFT**
With intent to deprive the owner permanently of possession, use, or benefit of his property by obtaining or exerting
unauthorized control of _____

Belonging to _____
CONTRARY TO ORDINANCE NO. 5.42.010a OF THE CODE OF THE CITY OF WICHITA.

☐ **BATTERY**
Did intentionally and in a rude, insolent, or angry manner touch or apply force to the person of _____
by (describe occurrence) _____

CONTRARY TO ORDINANCE NO. 5.10.020 OF THE CODE OF THE CITY OF WICHITA.

☒ **OTHER**
within the corporate city limits of the city _____ (cause)
_____ physical contact with Officer (M Henry #2271
a (uniformed) of properly identified) state, county, or city law enforcement
officer while such officer was engaged in the performance of such
officer's duty, in a rude, insolent or angry manner by hitting my right arm.
CONTRARY TO ORDINANCE NO. 5.10.035 a2 OF THE CODE OF THE CITY OF WICHITA.
☒ OFFICER COMPLAINING WITNESS        ☐ CIVILIAN COMPLAINING WITNESS

_____ 2271
SIGNATURE OF OFFICER                              COMPLAINANT

EXECUTED ON (date) _____
SUBSCRIBED AND SWORN TO BEFORE ME, THIS ____ DAY OF _____

_____ Court Clerk  P.T. Deputy Court Clerk

## NOTICE TO APPEAR

THE CITY OF WICHITA, KANSAS, To the Above-Named person:
You are hereby summoned to appear before the Municipal Court of Wichita, Kansas at 455 North Main, 3rd Floor, on the
____ day of _____, _____, at _____ M., to answer to the above complaint.
**If you fail to appear, a Warrant will be issued for your arrest.**
Dated: _____                          _____
                                                  SIGNATURE OF OFFICER
I AGREE TO APPEAR IN MUNICIPAL COURT AT THE STATED TIME AND PLACE AND HAVE BEEN SERVED MY COPY OF THE COMPLAINT.

_____
SIGNATURE OF ACCUSED PERSON

Form 15-225R2/91    www.wichita.gov

City of Wichita - 000213

IN THE MUNICIPAL COURT OF: CITY OF WICHITA
SEDGWICK COUNTY, KANSAS: PLAINTIFF

VS

PATTERSON, MARY A                    :DEFENDANT

CASE NO.  WIC

ARRESTING AGENCY
CASE NO.  10C038772

CRIMINAL
APPEARANCE BOND          BOOKED CASE
OWN RECOGNIZANCE         CASE NO.          10J014082

WE, THE ABOVE NAMED DEFENDANT, HAVING BEEN CHARGED WITH A CRIME AND THE UNDERSIGNED AS SURETY, DO HEREBY BIND
OURSELVES TO THE CITY OF WICHITA KANSAS IN THE SUM OF ONE THOUSAND DOLLARS AND ZERO CENTS ( $1,000.00) CONDITIONED
UPON THE APPEARANCE OF THE PRINCIPAL ON THE 25TH DAY OF JUNE 2010 AT 8:30 AM IN THE MUNICIPAL COURT OF THE CITY OF
WICHITA, 455 N MAIN, WICHITA, KS, 67203, TO ANSWER THE CHARGE OF:
BATTERY LEO (WIC)
AND FROM TIME TO TIME THEREAFTER AS THE COURT MAY REQUIRE UNTIL THE CASE IS TERMINATED.
OTHER CONDITIONS OF THIS BOND ARE:

IF THE AMOUNT OF THE BOND REQUIRED FOR THE PERSON'S APPEARANCE OF THE OTHER CONDITIONS ARE MODIFIED FROM THE ABOVE
AMOUNT OR CONDITIONS, THEN THIS BOND IS NULL AND VOID, AND A NEW BOND IN THE REQUIRED AMOUNT AND/OR WITH THE MODIFIED
OTHER CONDITIONS MUST BE POSTED AT THE TIME.

WE THE UNDERSIGNED, STATE THAT THIS BOND IS CONTINUING IN NATURE.

FAILURE TO APPEAR AT THE TIME/DATE AND LOCATION LISTED ABOVE WILL RESULT IN A BENCH WARRANT FOR THE IMMEDIATE ARREST
OF THE PRINCIPAL AND JUDGMENT AGAINST PRINCIPAL AND SURETY FOR THE AMOUNT OF BOND.

"I understand that intimidation of a witness is a crime and as a condition of this bond, I will not prevent or
attempt to prevent; dissuade or attempt to dissuade; or seek to have someone on my behalf prevent, attempt to
prevent, dissuade or attempt to dissuade---- any witness or victim from attending any proceeding or giving testimony
in this matter.  Further I will not encourage or cause others to encourage by any means any witness or victim to give
false testimony in this matter.  I understand that if I commit, cause to be committed or knowingly permit to be
committed, on my behalf, any violation of this provision my bond may be revoked and I may be charged with other
crimes.  I further understand that willful violation of this condition is also subject to the sanction provided by
subsection (c) of K.S.A. 21-3835, and amendments thereto, whether or not I am the subject of an order under K.S.A.
21-3834, and amendments thereto."

PREPARED BY: _____          PRINCIPAL: _____

DATE: _____                     SURETY: _____

                                               ADDRESS: _____

                                               SURETY: _____

APPROVED: _____                 ADDRESS: _____

FOR SEDGWICK COUNTY DETENTION FACILITY USE ONLY
BOND SET BY JUDGE                    AT  $1,000.00      ON 06/06/2010      AT 2:27 AM

INFORMATION TAKEN BY WASHINGTON, BRIDGET        BOND BY:

DISTRIBUTION:    1ST COPY: COURT FILE          2ND COPY: SHERIFF RECORDS
                 3RD COPY: SURETY/PRINCIPAL    4th COPY: ARREST AGENCY

City of Wichita - 000214

# Main Booking

## BOOKING REPORT

Printed: 02:35  June 6, 2010



| | | | |
|---|---|---|---|
| **Booking #:** | 10J014082 | **Status:** Active | **Warrant #:**10C038762 |
| **Date/Time:** | 06/06/2010 02:27:33 | **Cell Location:** DETN, BOOK, B100, 023 | |
| **Bk Officer:** | Washington, Bridget K | **Prior bookings:** | |
| **Collect DNA ?** | | None | |
| **Srch Officer:** | | **Security:** | |

### ┌ Inmate Info: ─

| | | | |
|---|---|---|---|
| **Name:** | PATTERSON, MARY A | **Name ID:** | 18693148 |
| **Addr:** | ▓▓▓▓▓▓ | **Race:** B | **Sex:** F |
| | WICHITA, KS 67214 | **Hgt:** 5'02 | **Wgt:** 155 |
| **DOB:** ▓▓▓▓ | **POB:** ▓▓▓▓ **Age:** 53 | **Eye Color:** BRO | |
| | | **Hair Color:** BLK | |

| | | | |
|---|---|---|---|
| **SSN:** ▓▓▓▓ | **Marital Status:** | **Religion:** | |
| | **Juvenile:** Adult | **Time Lived in Area:** | **Yr** |
| **EMContact:** | **Addr:** | **Ph:** | |
| **Employer:** Unemployed | **Addr:** | **Ph:** | |
| **Attorney:** | | **Ph:** | |
| **AKA:** | | | |
| **Alerts:** | | | |

**Hold Notes:** None

**Booking Notes:**

print
wpd  WBI completed

| Arrest ID | Date Arrested | Statute | Charge | Charge: Type | Status | Docket No. | Bond: Amount | Status | Type |
|---|---|---|---|---|---|---|---|---|---|
| 10C038762 | 06/06/2010 | 21.3413 | BATTERY LEO | M | PRET | WIC | $1,000.00 | Acti | Or |

Jbook

Page 1